TAMPA ELECTRIC COMPANY, A CORPORATION, *Plaintiff in error,* v. EDNA F. WEATHERFORD, JOINED BY HER HUSBAND, J. S. WEATHERFORD, *Defendants in Error.*

En Banc.

Decision Filed May 21, 1925.

A Writ of Error to the Circuit Court for Hillsborough County; L. L. Parks, Judge.

*Knight, Thompson & Turner,* for Plaintiff in Error;

No appearance for Defendants in Error.

PER CURIAM.—This writ of error was taken to a judgment awarding $7,000.00 as compensatory damages for personal injuries caused by a collision of an automobile with a street car.

Upon a full consideration of the entire record the judgment is manifestly excessive in amount. If the plaintiff below within thirty days after mandate filed enters a remittitur of $3,000.00, the judgment will stand affirmed for the remainder of $4,000.00. Otherwise the judgment will stand reversed for a new trial. 25 Fla. 394; A. C. L. v. Scott, 102 South. Rep. 828.

It is so ordered.

WEST, C. J., AND WHITFIELD, ELLIS, BROWNE AND TERRELL, J. J., concur.